# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 1:20-cv-10763 |
| R&Q REINSURANCE COMPANY, | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Lexington Insurance Company, through the undersigned attorneys, hereby dismisses its Complaint against Defendant R&Q Reinsurance Company, pursuant to Rule 41(a)(I)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

WHITE AND WILLIAMS LLP

OF COUNSEL:
Michael S. Olsan, Esq.
Justin K. Fortescue, Esq.
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA  19103-7395
(215) 864-6278/6823
olsanm@whiteandwilliams.com
fortescuej@whiteandwilliams.com

By:  /s/ Rachel J. Eisenhaure
Rachel J. Eisenhaure
BBO # 663876
WHITE AND WILLIAMS LLP
101 Arch Street, Suite 1930
Boston, MA  02110
Tel.:  617.748.5200
eisenhaurer@whiteandwilliams.com
*Attorney for Plaintiff Lexington Insurance Company*

Dated: April 20, 2020

24693708v.1

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 27th day of May, 2020.

                                        */s/ Rachel J. Eisenhaure*
                                        Rachel J. Eisenhaure